## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-259 _____        _____ Caption [use short title] _____

**Motion for:** Leave to file amicus brief.

_____

_____

Set forth below precise, complete statement of relief sought:

Movants seek to file a brief as amici curiae arguing why

dismissal of Defendant-Appellant Milton's appeal should not include

vacatur of his criminal conviction and why the district court should

have the opportunity to determine if he is entitled to such a remedy.

UNITED STATES OF AMERICA, Appellee, v. TREVOR MILTON, Defendant-Appellant.

**MOVING PARTY:** Nikola Investors Group        **OPPOSING PARTY:** Trevor Milton

☐ Plaintiff        ☐ Defendant

☐ Appellant/Petitioner        ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael Wernke        **OPPOSING ATTORNEY:** Alexandra A.E. Shapiro

[name of attorney, with firm, address, phone number and e-mail]

Pomerantz LP        Shapiro Arato Bach LLP

600 3rd Ave, New York, NY 10016        1140 Avenue of the Americas, 17th Floor, New York, NY 10036

(212) 661-1100   mjwernke@pomlaw.com        (212) 257-4880   ashapiro@shapiroarato.com

Court- Judge/ Agency appealed from: United States District Court for the Southern District of New York, Hon. Edgardo Ramos, No. 21-cr-478

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No

Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Michael Wernke _____   **Date:** 4/9/2025 _____   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

# 24-259

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,
*Appellee,*

v.

TREVOR MILTON,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of New York, No. 21-cr-478
Before the Honorable Edgardo Ramos

## MOTION OF NIKOLA INVESTORS GROUP FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

JEFFREY CRAIG BLOCK
JACOB A. WALKER
**BLOCK & LEVITON, LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600

JEREMEY LEIBERMAN
MICHAEL WERNKE
**POMERANTZ LLP**
600 3RD AVE
NEW YORK, NY 10016
(212) 661-1100

*Counsel for Amici*
April 9, 2025                          *Nikola Investors Group*

i

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, the Movant *amici curiae* state that, as natural persons, they have no parent corporations and are not held by any publicly held corporation.

MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29, George Mersho and Vincent Chau respectfully seek leave to file the accompanying brief as *amici curiae* addressing Appellant-Defendant Trevor Milton's ("Milton") acceptance of a pardon issued by President Trump. Counsel for both parties were notified pursuant to Local Rule 27.1. Counsel for Mr. Milton has indicated opposition to the filing of the proposed *amici curiae* brief.

## I.       Statement of the movants' interest.

*Amici curiae* George Mersho and Vincent Chau (collectively "Nikola Investors Group") are the lead plaintiffs and certified class representatives in *Borteanu v. Nikola Corporation, et al.,* a consolidated private securities class action currently pending in the United States District Court for the District of Arizona. *See* No. CV-20-01797 (D. Ariz.). The Nikola Investors Group represents the interests of all investors who acquired shares of Nikola Corporation's common stock from June 4, 2020, through February 25, 2021 (the "Class"). Milton is named as an individual defendant in *Borteanu v. Nikola Corporation.* But for Milton's acceptance of a pardon, members of the Class would likely have been eligible for restitution pursuant to anticipated orders of the District Court below. *See United States v. Trevor Milton*, 1:21-cr-00478 (S.D.N.Y.) (ECF No. 361) (letter from the U.S. Department of Justice seeking, among other relief, $660.8 million in restitution for shareholders of Nikola).

1

II.    The proposed *amici curiae* brief is relevant to the disposition of Appellant-Defendant's appeal.

Milton's pardon raises a potentially novel question with respect to the procedural disposition of his criminal appeal. If this Court concludes Milton's appeal is moot in light of Milton's acceptance of a presidential pardon, dismissal of Milton's appeal would be appropriate but such dismissal should not include and order from directing the district court to vacate his criminal conviction. Whether an appellant-defendant who accepts a presidential pardon thereby waives his entitlement to seek to vacate the judgment of his conviction appears to be an issue of first impression in the Second Circuit.

As set forth more fully in the contemporaneously filed proposed brief, the district court, having overseen Milton's trial and conviction, is in the best position to weigh the equities and determine whether Milton merits the "extraordinary remedy" of vacatur. *U.S. Bancorp. Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 26 (1994). Milton's acceptance of a pardon, while precluding any further punishment, weighs against vacating the criminal judgment. A pardon is not an order of expungement and "does not erase a judgment of conviction, or its underlying legal and factual findings." *United States v. Crowell*, 374 F.3d 790, 794 (9th Cir. 2004). Indeed, accepting a pardon has been held to be tantamount to a confession of guilt. *See e.g., Burdick v. United States*, 236 U.S. 79, 94 (1915) (a pardon "carries an imputation of guilt; acceptance a confession of it."); *In re North*, 62 F.3d 1434, 1437 (D.C. Cir. 1994)

(observing "the acceptance of a pardon implies a confession of guilt"). While his acceptance of a pardon may moot his appeal, whether Milton's underlying conviction should be vacated is a separate question that should be given consideration below in the first instance.

*Amici* believe their perspective will aid the Court in its consideration of the procedural disposition of this case and its analysis of what appears to be an issue of first impression. The Nikola Investors Group respectfully request that the Court grant leave to file their attached *amici curiae* brief.

April 9, 2025

<div style="margin-left:40%">

Respectfully submitted,

*/s/ Michael Wernke*
JEREMEY LEIBERMAN
MICHAEL WERNKE
**POMERANTZ, LLP**
600 3ᴿᴰ AVE
NEW YORK, NY 10016
(212) 661-1100

JEFFREY CRAIG BLOCK
JACOB A. WALKER
**BLOCK & LEVITON, LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600

*Counsel for Amici*
*Nikola Investors Group and the Class*

(additional counsel on following page)

</div>

3

JAMES CHRISTIE
**LABATON KELLER SUCHAROW**
140 BROADWAY
NEW YORK, NY 10005
(212) 907-0781

*Additional Counsel for Lead Plaintiffs*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) and Local Rule 29.1(c) because this Motion contains 577 words excluding the parts of the Motion exempted by Rule 32(f). This Motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this Motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

April 9, 2025

_/s/ Michael Wernke_
Michael Wernke

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing Motion with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Michael Wernke*
Michael Wernke